**DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Ave., Ste. 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:   (559) 228-6818

Attorneys for: BANK OF THE SIERRA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION
*****

| | |
|---|---|
| BANK OF THE SIERRA, a California corporation, | Case No. 05-CV-01574-AWI-SMS |
| Plaintiff, | STIPULATION TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON |
| vs. | |
| JOHN KALLIS, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   December 12, 2005 |

## I

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, and through their attorneys of record, that plaintiff BANK OF THE SIERRA may file their First Amended Complaint For Breach of Written Guarantee.

Dated: March 29, 2006                    THE LAW FIRM OF POWELL & POOL


                                         ___/ S /___Don J. Pool_____
                                         DON J. POOL, Attorneys for
                                         BANK OF THE SIERRA

Dated: March 27, 2006            FARLEY LAW FIRM

                                      / S /    Valerie R. Chrissakis
                              VALERIE R. CHRISSAKIS, Attorneys for
                              JOHN KALLIS

**II**

**ORDER**

IT IS SO ORDERED.

**Dated:   March 29, 2006**            **/s/ Anthony W. Ishii**
0m8i78            UNITED STATES DISTRICT JUDGE

2