IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE SIERRA, a California Corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>JOHN KALLIS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CIV F 05-1574 AWI SMS<br><br>ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, or alternatively, PARTIAL SUMMARY ADJUDICATION |

　　　Plaintiff Bank of the Sierra noticed for hearing and decision a motion for summary judgment.  The matter was scheduled for hearing to be held on November 6, 2006. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 6, 2006, is VACATED, and the parties shall not appear at that time.  As of November 6, 2006, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　November 2, 2006**　　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE