**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BANK OF THE SIERRA, a California Corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JOHN KALLIS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CIV F 05-1574 AWI SMS<br><br>ORDER FOR ADDITIONAL BRIEFING REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　On November 2, 2006, the Court signed an order taking Plaintiff's motion for summary judgment under submission. Upon further review, the Court is of the opinion that additional briefing is required. In the summary judgment motion, Plaintiff contends *inter alia* that the disposition of collateral was performed in a commercially reasonable manner and Defendant claims that the disposition was commercially unreasonable. In the briefing for and against summary judgment, both parties have cited to Division 9, Chapter 6 of the California Commercial Code (§ 9601, et seq.). Division 9 of California's Uniform Commercial Code defines debtors, obligors, and secondary obligors. See Cal. Comm. Code § 9102(a). Neither party has briefed or argued the issue of into which of these three definitions the Defendant fits. Given the argumentation of the parties, the Court believes that it is necessary for the parties to brief what Defendant's status/classification is for purposes of Division 9, Chapter 6 of the

1 | California Commercial Code.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 | 1.     By 4:00 p.m. Friday, November 17, 2006, both parties will submit briefing regarding the
4 |     status of Defendant under Division 9, Chapter 6 of the California Commercial Code,[1] i.e.
5 |     whether Defendant is properly classified as a debtor, obligor, secondary obligor, or
6 |     something else;[2] and

7 | 2.     Both parties may file a reply by 10:00 a.m., November 27, 2006.

9 | IT IS SO ORDERED.

10 | **Dated:**    **November 7, 2006**            /s/ **Anthony W. Ishii**
    0m8i78                               UNITED STATES DISTRICT JUDGE

---

[1] See Cal. Comm. Code § 9102.

[2] Additionally, the parties may brief the consequences of classification.

2