**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**
*****

| | |
|---|---|
| BANK OF THE SIERRA, a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN KALLIS, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | ) Case No. 05-CV-01574-AWI-SMS<br>)<br>) STIPULATION TO CONTINUE<br>) PRETRIAL CONFERENCE AND<br>) EXTEND DEADLINE TO FILE JOINT<br>) PRETRIAL STATEMENT; ORDER<br>) THEREON<br>)<br>) Judge Anthony W. Ishii<br>) |

On December 6, 2006, the parties filed the following stipulation:

**IT IS HEREBY STIPULATED**, by and between the parties and their respective counsel, as follows:

**1.     The Pretrial Conference currently on calendar for December 15, 2006, should be continued to December 22, 2006 at 8:30 a.m. in Courtroom 2.**

**2.     The deadline for the parties to file a Joint Pretrial Statement shall be extended to December 15, 2006.**

**SO STIPULATED.**

The court will give effect to the stipulation.

Accordingly, IT IS HEREBY ORDERED that pre-trial conference is moved from December 15, 2006, to December 22, 2006, and that the joint pre-trial statement will be due on December 15, 2006.[1]

**IT IS SO ORDERED.**

**Dated:     December 6, 2006**                               **/s/ Anthony W. Ishii**
0m8i78                                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Additionally, the Court notes that the parties vacated their settlement conference date, without prejudice, pending resolution of the summary judgment motion. The summary judgment motion has now been resolved. If such a proceeding may be helpful, the parties are encouraged to contact Magistrate Judge Snyder in order to reset a settlement conference date.

-2-